B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Florida

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Todd King's Cooling & Heating, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-3595782** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4583-A Capital Circle NW**<br>**Tallahassee, FL**                    ZIP Code **32303** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **4583 A Capital Circle NW**<br>**Tallahassee, FL 32303** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**          *** Kathryn A. Hathaway 622125 ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Todd King's Cooling & Heating, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Todd King and Eleni King** | Case Number: | Date Filed: |
|---|---|---|
| District: **Northern Dikstrict of Florida, Tallahassee Division** | Relationship: **Stockholders** | Judge: **Lewis M. Killian, Jr.** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Todd King's Cooling & Heating, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| :--- | :--- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Kathryn A. Hathaway**
Signature of Attorney for Debtor(s)

**Kathryn A. Hathaway 622125**
Printed Name of Attorney for Debtor(s)

**Hathaway Law Firm, P.A.**
Firm Name

**P.O. Box 3005**
**Tallahassee, FL 32315**

_____
Address

**Email: Information@HathawayLaw.Net**
**850-425-4700  Fax: 850-425-4704**
Telephone Number

**May 29, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Todd King**
Signature of Authorized Individual

**Todd King**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**May 29, 2009**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Todd King's Cooling & Heating, Inc.** _____ ,  Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,630.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,934.83 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 244,934.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 495,829.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 15,630.00 | | |
| Total Liabilities | | | | 749,698.86 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Todd King's Cooling & Heating, Inc.**                                      ,          Case No. _____

                                                                 Debtor

                                                                           Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Todd King's Cooling & Heating, Inc.**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

**B6B (Official Form 6B) (12/07)**

In re    **Todd King's Cooling & Heating, Inc.**                                            ,    Case No. _____
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at ProBank** | - | 430.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          430.00
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Todd King's Cooling & Heating, Inc.**              ,       Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Promissory note and security agreement from Todd King** | - | 12,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                    Sub-Total >     **12,000.00**

(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Pin Spotter** | - | **500.00** |
| | | **Pittsburgh Machine** | - | **1,000.00** |
| | | **Conference table & 10 chairs** | - | **500.00** |
| | | **4 Executive Desks** | - | **1,200.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **3,200.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **15,630.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Todd King's Cooling & Heating, Inc.**                                  ,   Case No. _____
                                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **59-3595782** | | | | **9/30/08** | | | | | |
| **Internal Revenue Service** PO Box 47-421 Atlanta, GA 30362 | - | | | **Tax Liens** | | | | | |
| | | | | Value $ **0.00** | | | | **8,934.83** | **8,934.83** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0** _ continuation sheets attached

| | Subtotal (Total of this page) | **8,934.83** | **8,934.83** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **8,934.83** | **8,934.83** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **Todd King's Cooling & Heating, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Todd King's Cooling & Heating, Inc.**                                          ,    Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **2222766** <br><br> **Florida Dept of Revenue** <br> **2410 Allen Road** <br> **Tallahassee, FL 32312-2603** | - | | | **Unemployment tax** | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **xxx-xx-0570, 59-3595782** <br><br> **Internal Revenue Service** <br> **PO Box 47-421** <br> **Atlanta, GA 30362** | - | | | **2006, 2007, 2008** <br><br> **941 taxes** | | | | **236,000.00** | **0.00** | **236,000.00** |
| Account No. **59-3595782** <br><br> **Internal Revenue Service** <br> **PO Box 47-421** <br> **Atlanta, GA 30362** | - | | | **9/2008** <br><br> **941 Taxes** | | | | **8,934.83** | **0.00** | **8,934.83** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | **244,934.83** | **0.00** <br><br> **244,934.83** |
| | Total <br> (Report on Summary of Schedules) | **244,934.83** | **0.00** <br><br> **244,934.83** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Todd King's Cooling & Heating, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 35905190000057  Advance Discount Auto Parts c/o TRS Recovery Svcs Inc. PO Box 60022 City Of Industry, CA 91716-0022 | | - | | | Business debt | | | | 52.93 |
| Account No. W8332  AFLAC 1931 Wynton Road Columbus, GA 31999 | | - | | | 2007-2008 Business debt | | X | | 303.36 |
| Account No.  Air-Tech, Inc. P.O. Box 18180 Pensacola, FL 32523 | X | - | | | business debt | | X | | 15,686.41 |
| Account No. 0 030-4525685001  AT&T P.O. Box 78522 Phoenix, AZ 85062 | X | - | | | business debt | | | | Unknown |

__14__ continuation sheets attached

Subtotal
(Total of this page)    16,042.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:29728-091117   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd King's Cooling & Heating, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **801813015** <br><br> **AT&T Advertising** <br> **P.O. Box 105024** <br> **Atlanta, GA 30384** | X | - | | | **2007-2008** <br> **Business advertising** | X | | | |
| | | | | | | | | | **1,168.58** |
| Account No. <br><br> **CBCS** <br> **for AT&T Advertising Solutions** <br> **P.O. Box 69** <br> **Columbus, OH 43216** | | | | | **Additional Notice:** <br> **AT&T Advertising** | | | | **Notice Only** |
| Account No. **22496118** <br><br> **Business First** <br> **P.O. Box 32034** <br> **Lakeland, FL 33802** | X | - | | | **business debt** | | | X | |
| | | | | | | | | | **4,762.73** |
| Account No. **0521-01103-0000** <br><br> **Business First** <br> **P.O. Box 988** <br> **Lakeland, FL 33802** | X | - | | | **business debt** | | | X | |
| | | | | | | | | | **4,762.73** |
| Account No. **4798-1749-7902-3604** <br><br> **Capital City Bank** <br> **P.O. Box 900** <br> **Tallahassee, FL 32302** | | - | | | **Business Debt** | | | | |
| | | | | | | | | | **671.51** |

Sheet no. __1__ of __14__ sheets attached to Schedule of                    Subtotal                | **11,365.55** |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd King's Cooling & Heating, Inc.__ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4798-1749-7904-7090**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32302** | X | - | business debt | | | | 4,690.56 |
| Account No. **4798-174979032183**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32302** | | - | business debt | | | | 1,903.40 |
| Account No. **4798-184979014991**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32302** | X | - | business debt | | | | 1,196.78 |
| Account No. **4798-174979031920**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32302** | X | - | business expenses | | | | 8,034.24 |
| Account No.<br><br>**U.S. Bank, N.A.**<br>**c/o Hodges, Avrutis & Foeller, P.A.**<br>**889 North Washington Blvd.**<br>**Sarasota, FL 34236** | | | Additional Notice:<br>**Capital City Bank** | | | | **Notice Only** |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **15,824.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd King's Cooling & Heating, Inc.**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Climatic Comfort<br>P.O. Box 934233<br>Atlanta, GA | X | - | Business debt | | | | 22,551.68 |
| Account No.<br><br>Communications Inc.<br>3225 Hartsfield Road<br>Tallahassee, FL 32303 | X | - | 2006<br>Business debt | X | X | | 265.42 |
| Account No. 5835<br><br>CW-WTLF<br>P.O. Box 6490102<br>Baltimore, MD 21264 | X | - | 2008<br>business advertising | X | | | 90.00 |
| Account No. 3002218587<br><br>Dex Embarq YP<br>8400 Innovation Way<br>Chicago, IL 60682 | X | - | Business debt | | | | 591.66 |
| Account No. 4798-1749-7901-4991<br><br>Elan<br>PO Box 108<br>Saint Louis, MO 63166-9801 | | - | Business debt | | | | 1,538.19 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **25,036.95**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.**                                         ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4037660009039264**<br><br>**Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI 53202** | - | | | **Opened 10/01/04  Last Active  8/14/08**<br>**CreditCard** | | | | **1,599.94** |
| Account No.<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd.**<br>**Saint Charles, MO 63301-4047** | | | | **Additional Notice:**<br>**Elan Financial Service** | | | | **Notice Only** |
| Account No. **4798-1749-7903-1920**<br><br>**Elan Financial Services**<br>**PO Box 108**<br>**Saint Louis, MO 63166-9801** | - | | | **Business debt** | | | | **2,803.65** |
| Account No. **4798-1749-7903-2183**<br><br>**Elan Financial Services**<br>**PO Box 108**<br>**Saint Louis, MO 63166-9801** | - | | | **Business debt** | | | | **2,707.92** |
| Account No. **850-562-6834156**<br><br>**Embarq**<br>**c/o Receivables Performance Mgmt LLC**<br>**20816  44th Ave W.**<br>**Lynnwood, WA 98036** | - | | | **7-3-09**<br>**Business telephone services** | | | | **900.20** |

Sheet no. __**4**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,011.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd King's Cooling & Heating, Inc._____,    Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Embarq**<br>**P.O. Box 96064**<br>**Charlotte, NC 28296-0064** | | | **Additional Notice:**<br>**Embarq** | | | | **Notice Only** |
| Account No. **300218587** <br><br>**Embarq Yellow Pages**<br>**c/o McCarthy Burgess & Wolfe**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | | - | **Business debt** | | | | **591.66** |
| Account No. **10439** <br><br>**Engineering & Equipment Company**<br>**c/o Thompson, Crawford & Smiley**<br>**PO Box 15158**<br>**Tallahassee, FL 32303** | | - | **Business debt** | | | | **Unknown** |
| Account No. <br><br>**William Crawford, Esq.**<br>**Thompson Crawford & Smiley**<br>**P.O. Box 15158**<br>**Tallahassee, FL 32303** | | | **Additional Notice:**<br>**Engineering & Equipment Company** | | | | **Notice Only** |
| Account No. **77090** <br><br>**Florida Cooling**<br>**19353 US 19 North**<br>**Clearwater, FL 33765** | X | - | **Business Debt** | | | | **826.49** |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,418.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.** ,    Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Additional Notice: Florida Cooling | | | | Notice Only |
| **Florida Cooling Supply PO Box 409635 Atlanta, GA 30384-9635** | | | | | | | | |
| Account No. **41547730** | | | | deficiency on business vehicle | | | | |
| **Ford Motor Credit P.O. Box 790072 Saint Louis, MO 63179** | X | - | | | | | | 14,047.76 |
| Account No. **43801802** | | | | deficiency on business vehicle | | | | |
| **Ford Motor Credit P.O. Box 790072 Saint Louis, MO 63179** | X | - | | | | | | 16,067.32 |
| Account No. **43803272** | | | | deficiency on business vehicle | | | | |
| **Ford Motor Credit P.O. Box 790072 Saint Louis, MO 63179** | X | - | | | | | | 17,961.57 |
| Account No. **43804747** | | | | business debt | | | | |
| **Ford Motor Credit P.O. Box 790072 Saint Louis, MO 63179** | X | - | | | | | | 14,535.49 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **62,612.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd King's Cooling & Heating, Inc.__ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **434804783**<br><br>**Ford Motor Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | | - | | **2007**<br>**Deficiency on Bus. vehicle** | | | | 12,962.92 |
| Account No. **43803816**<br><br>**Ford Motor Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | | - | | **2007**<br>**Deficiency on vehicle** | | | | 18,375.54 |
| Account No.<br><br>**William A. Ingraham, Jr. & Assoc. PA**<br>**P.O. Box 370098**<br>**Miami, FL 33137-0098** | | | | Additional Notice:<br>**Ford Motor Credit** | | | | Notice Only |
| Account No. **43922209**<br><br>**Ford Motor Credit**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | | - | | **2007**<br>**Deficiency on vehicle** | | | | 14,352.27 |
| Account No.<br><br>**William A. Ingraham, Jr. & Assoc. P.A.**<br>**P.O. Box 370098**<br>**Miami, FL 33137-0098** | | | | Additional Notice:<br>**Ford Motor Credit** | | | | Notice Only |

Sheet no. _**7**___ of __**14**___ sheets attached to Schedule of   Subtotal   45,690.73
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd King's Cooling & Heating, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **43804882** <br><br> **Ford Motor Credit** <br> **P.O. Box 6508** <br> **Mesa, AZ 85216-6508** | | - | | | **2007** <br> **Deficiency on vehicle** | | | | **15,456.61** |
| Account No. <br><br> **William A. Ingraham, Jr. & Assoc. P.A.** <br> **P.O. Box 370098** <br> **Miami, FL 33137-0098** | | | | | **Additional Notice:** <br> **Ford Motor Credit** | | | | **Notice Only** |
| Account No. <br><br> **GMAC** <br> **Bankruptcy** <br> **P.O. Box 2175** <br> **Jacksonville, FL 32203** | X | - | | | **Repo deficiency for GMC Yukon** | | | | **20,000.00** |
| Account No. **024-9077-63510** <br><br> **GMAC** <br> **P.O. Box 380902** <br> **Bloomington, MN 55438** | X | - | | | **business debt** | | | | **21,870.78** |
| Account No. **151496** <br><br> **Goodman Distribution** <br> **5151 San Felipe Suite 500** <br> **Houston, TX 77056** | X | - | | | **Business Debt** | | | | **6,763.03** |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **64,090.42**

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd King's Cooling & Heating, Inc.__ _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6035-32250213-7023** <br><br> **Home Depot** <br> **P.O. Box 9055** <br> **Des Moines, IA 50368** | X | - | | | **business debt** | | | | **417.02** |
| Account No. <br><br> **John Vlandis** <br> **6100 Borderline Drive** <br> **Tallahassee, FL 32312** | X | - | | | **August 2007** <br> **business loan** | | | | **74,250.00** |
| Account No. **1352567** <br><br> **Kelly Services, Inc.** <br> **P.O. Box 530437** <br> **Atlanta, GA 30353** | X | - | | | **2008** <br> **business debt** | | | | **3,715.32** |
| Account No. <br><br> **Hutchinson, Warren & Associates** <br> **39393 Van Dyke, Suite 103** <br> **P.O. Box 8018** <br> **Sterling Heights, MI 48311-8018** | | | | | **Additional Notice:** <br> **Kelly Services, Inc.** | | | | **Notice Only** |
| Account No. **PS-TAL 127** <br><br> **Map Project** <br> **PO Box 874** <br> **Newport, KY 41072-0874** | | - | | | **Business debt** | | | | **349.00** |

Sheet no. __9___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**78,731.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd King's Cooling & Heating, Inc.**
_____,       Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **214035** | | | | business debt | | | | |
| **Marlin Leasing 300 Fellowship Road Mount Laurel, NJ 08054** | X | - | | | | | | 647.52 |
| Account No. **9957** | | | | business debt - Final Judgment entered | | | | |
| **Marpan Supply P.O. Box 2068 Tallahassee, FL 32316** | X | - | | | | | | 1,369.28 |
| Account No. | | | | business debt | | | | |
| **Nebs Inc. 500 Main Street Groton, MA 01471** | X | - | | | | | | 287.09 |
| Account No. | | | | business debt | | | | |
| **Smith, Thompson, Shaw & Manausa, P.A. Attorneys at Law 3520 Thomasville Road, 4th Floor Tallahassee, FL 32308** | X | - | | | | | | 832.50 |
| Account No. **59-3595782** | | | | UCT-6 Taxes | | | | |
| **State of Florida Dept of Revenue 5050 Tennessee Street, Suite K Tallahassee, FL 32399** | X | - | | | | | | 1,421.33 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **4,557.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd King's Cooling & Heating, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tallahassee Chamber of Commerce<br>P.O. Box 17344<br>Covington, KY 41017 | X | - | Business debt | | | | 758.00 |
| Account No.<br><br>Tallahassee Winair Comp.<br>870-5 Blountstown Hwy<br>Tallahassee, FL 32304 | X | - | business debt | | | | 3,676.42 |
| Account No. 165236<br><br>Talquin Electric Co-op<br>P.O. Box 1679<br>Quincy, FL 32353 | X | - | business Utilities | | | | 303.37 |
| Account No. 9533<br><br>The Ware Group d/b/a Johnstone Supply<br>566 Appelyard Drive<br>Tallahassee, FL 32304 | X | - | business Debt | | | | 10,857.25 |
| Account No.<br><br>Michael A. Kolcun, Esq.<br>6960 Bonneval Road Suite 202<br>Jacksonville, FL 32216 | | | Additional Notice:<br>The Ware Group d/b/a Johnstone Supply | | | | Notice Only |

Sheet no. _11_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **15,595.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.**                              ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Todd King** <br> **4583-A Capital Circle NW** <br> **Tallahassee, FL 32303** | - | | | **Shareholder loans to corporation over life of corporation** | | | | 53,595.00 |
| Account No. <br><br> **UniFirst Corp.** <br> **1811 Oakridge Drive** <br> **Albany, GA 31707** | X | - | | **business debt** | | | | 1,225.71 |
| Account No. **439-22209** <br><br> **Volvo Car Finance** <br> **P.O. Box 55000** <br> **Detroit, MI 48255** | X | - | | **Vehicle defiency** | X | X | | 43,833.58 |
| Account No. **850-907-5772** <br><br> **Voyager Map Enterprise** <br> **P.O. Box 291283** <br> **Port Orange, FL** | X | - | | **business debt** | | | | 224.09 |
| Account No. <br><br> **W. Test & Balance** <br> **1215 Lee Ave., Suite A** <br> **Tallahassee, FL 32303** | X | - | | **business debt** | | | | 2,295.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,173.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **411040971**<br><br>**Wakulla Cty State Bank**<br>**Po Box 610**<br>**Crawfordville, FL 32326** | X | - | **Opened 4/01/08**<br>**Unsecured - Business debt** | | | | 22,990.00 |
| Account No. **109250**<br><br>**Water Furnace Intl**<br>**4387 Solutions Center**<br>**Chicago, IL 60677-4003** | | - | **Business debt** | | | | 110.00 |
| Account No. **145641506**<br><br>**West Asset Management**<br>**7171 Mercy Rd**<br>**Omaha, NE 68106** | | - | **Opened 6/01/07 Last Active 3/01/07**<br>**CollectionAttorney Embarq** | | | X | 70.00 |
| Account No. **310817b-4**<br><br>**Wex Fleet Fueling**<br>**c/o Receivable Mgmt Corp**<br>**PO Box 2471**<br>**Woburn, MA 01888** | | - | **Business debt** | | | | 10,250.91 |
| Account No. **0410-0068-15211**<br><br>**Wright Express Fleet Services**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197** | X | - | **business debt** | | | | 10,228.91 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,649.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd King's Cooling & Heating, Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Additional Notice: | | | | |
| **Commercial Recovery Group, Inc.** **1012 State College Road, Suite 203** **Dover, DE 19904** | | | | **Wright Express Fleet Services** | | | | **Notice Only** |
| Account No. | | | | business debt | | | | |
| **WTFL** **P.O. Box 6490102** **Baltimore, MD 21264** | X | - | | | | | | **354.00** |
| Account No. | | | | Business debt | | | | |
| **WTLH TV Fox 49** **950 Commerce Blvd.** **Midway, FL 32343** | X | - | | | | | | **1,141.00** |
| Account No. 853199289 | | | | Business debt | | | | |
| **WW Grainger, Inc.** **c/o Wholesale Collectors Assoc** **PO Box 48146** **Niles, IL 60714** | | - | | | | | | **533.57** |
| Account No. | | | | Additional Notice: | | | | |
| **Caine & Weiner** **1599 East Woodfield Rd., Suite 360** **Schaumburg, IL 60173** | | | | **WW Grainger, Inc.** | | | | **Notice Only** |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **2,028.57** |
| Total (Report on Summary of Schedules) | **495,829.20** |

B6G (Official Form 6G) (12/07)

.

In re  **Todd King's Cooling & Heating, Inc.** _____,    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | **Lease on large photocopy machine** |
| **Wakulla Bank**<br>**c/o Proctor & Long Property Management**<br>**825 Thomasville Road**<br>**Tallahassee, FL 32303** | **Commercial Lease on 4583-A Capital Circle NW,**<br>**Tallahassee, FL** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Todd King's Cooling & Heating, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eleni King<br>45 Walter Creek Road<br>Crawfordville, FL 32327 | Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302 |
| Todd & Eleni King | Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302 |
| Todd & Eleni King | GMAC<br>Bankruptcy<br>P.O. Box 2175<br>Jacksonville, FL 32203 |
| Todd & Eleni King | Volvo Car Finance<br>P.O. Box 55000<br>Detroit, MI 48255 |
| Todd & Eleni King | Wakulla Cty State Bank<br>Po Box 610<br>Crawfordville, FL 32326 |
| Todd King | Kelly Services, Inc.<br>P.O. Box 530437<br>Atlanta, GA 30353 |
| Todd King | Climatic Comfort<br>P.O. Box 934233<br>Atlanta, GA |
| Todd King | Communications Inc.<br>3225 Hartsfield Road<br>Tallahassee, FL 32303 |
| Todd King | Dex Embarq YP<br>8400 Innovation Way<br>Chicago, IL 60682 |
| Todd King | CW-WTLF<br>P.O. Box 6490102<br>Baltimore, MD 21264 |
| Todd King | AT&T Advertising<br>P.O. Box 105024<br>Atlanta, GA 30384 |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **Todd King's Cooling & Heating, Inc.** _____,   Case No. _____

                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Todd King** | **Air-Tech, Inc.**<br>**P.O. Box 18180**<br>**Pensacola, FL 32523** |
| **Todd King** | **Goodman Distribution**<br>**5151 San Felipe Suite 500**<br>**Houston, TX 77056** |
| **Todd King**<br>**4583-A Capital Cir. NW**<br>**Tallahassee, FL 32303** | **The Ware Group d/b/a Johnstone Supply**<br>**566 Appelyard Drive**<br>**Tallahassee, FL 32304** |
| **Todd King** | **Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** |
| **Todd King** | **Nebs Inc.**<br>**500 Main Street**<br>**Groton, MA 01471** |
| **Todd King** | **Smith, Thompson,**<br>**Shaw & Manausa, P.A.**<br>**Attorneys at Law**<br>**3520 Thomasville Road, 4th Floor**<br>**Tallahassee, FL 32308** |
| **Todd King** | **Tallahassee Chamber of Commerce**<br>**P.O. Box 17344**<br>**Covington, KY 41017** |
| **Todd King** | **Tallahassee Winair Comp.**<br>**870-5 Blountstown Hwy**<br>**Tallahassee, FL 32304** |
| **Todd King** | **UniFirst Corp.**<br>**1811 Oakridge Drive**<br>**Albany, GA 31707** |
| **Todd King** | **Voyager Map Enterprise**<br>**P.O. Box 291283**<br>**Port Orange, FL** |
| **Todd King** | **Wright Express Fleet Services**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197** |
| **Todd King** | **WTFL**<br>**P.O. Box 6490102**<br>**Baltimore, MD 21264** |
| **Todd King** | **WTLH TV Fox 49**<br>**950 Commerce Blvd.**<br>**Midway, FL 32343** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **Todd King's Cooling & Heating, Inc.**                                        ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Todd King** | **State of Florida**<br>**Dept of Revenue**<br>**5050 Tennessee Street, Suite K**<br>**Tallahassee, FL 32399** |
| **Todd King** | **Talquin Electric Co-op**<br>**P.O. Box 1679**<br>**Quincy, FL 32353** |
| **Todd King** | **AT&T**<br>**P.O. Box 78522**<br>**Phoenix, AZ 85062** |
| **Todd King** | **Home Depot**<br>**P.O. Box 9055**<br>**Des Moines, IA 50368** |
| **Todd King** | **GMAC**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438** |
| **Todd King** | **Business First**<br>**P.O. Box 32034**<br>**Lakeland, FL 33802** |
| **Todd King** | **Ford Motor Credit**<br>**P.O. Box 790072**<br>**Saint Louis, MO 63179** |
| **Todd King** | **Ford Motor Credit**<br>**P.O. Box 790072**<br>**Saint Louis, MO 63179** |
| **Todd King** | **Ford Motor Credit**<br>**P.O. Box 790072**<br>**Saint Louis, MO 63179** |
| **Todd King** | **Ford Motor Credit**<br>**P.O. Box 790072**<br>**Saint Louis, MO 63179** |
| **Todd King** | **Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32302** |
| **Todd King** | **John Vlandis**<br>**6100 Borderline Drive**<br>**Tallahassee, FL 32312** |
| **Todd King's Cooling & Heating, Inc.** | **Florida Cooling**<br>**19353 US 19 North**<br>**Clearwater, FL 33765** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Todd King's Cooling & Heating, Inc.**                                           ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Todd King's Cooling & Heating, Inc.** | **Business First**<br>**P.O. Box 988**<br>**Lakeland, FL 33802** |
| **Todd Kingx** | **Marpan Supply**<br>**P.O. Box 2068**<br>**Tallahassee, FL 32316** |
| **Todd Kingx** | **W. Test & Balance**<br>**1215 Lee Ave., Suite A**<br>**Tallahassee, FL 32303** |

Sheet   __3__   of   __3__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Todd King's Cooling & Heating, Inc.**                          Case No. _____
                                        Debtor(s)           Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 29, 2009**                          Signature   **/s/ Todd King**
                                                              **Todd King**

    *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re **Todd King's Cooling & Heating, Inc.**           Case No. _____

                                 Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-287,241.00** | **2007 - Todd King's Cooling & Heating, Inc.** |
| **$-77,560.00** | **2008 - Todd King's Cooling & Heating, Inc.** |
| **$0.00** | **2009 Todd King's Cooling & Heating** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Ware Group v. Debtor and Todd King individually Case No. 16-2009-00504** | **Commercial Collection** | **County Court, Duval County, Florida** | **Final Judgment** |
| **Engineering & Equipment Company Inc. v. Todd King's Cooling & Heating, Inc. and Todd R. King - Case No. 2009SC602** | **Collection** | **Leon County** | **Pending** |
| **AirTech of Pensacola, Inc. v. Todd King's Cooling & Heating, Inc. - Case No. 09CA581** | **Collection** | **Circuit Court, Leon County** | **Final Judgment entered 3/25/09** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marpan Supply Company, Inc. Case 2009 SC 002798** | **Collections** | **Leon County, Florida** | **Final Judgment Entered** |
| **Tallahassee Winair Co. v. Todd Kings' Cooling & Heating 09-SC-003314** | **Commercial Collections** | **Leon County Small Claims** | **pending.** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit P.O. Box 790072 Saint Louis, MO 63179** | **late 2008 & early 2009** | **Repossessed all 7 trucks** |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Laptop computer** | **No insurance Value $300** | **September 2009** |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hathaway Law Firm, P.A.**<br>**P.O. Box 3005**<br>**Tallahassee, FL 32315** | **November 2008 to November 2009** | **$4,500** |

**10.  Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Todd King Heating & Cooling, Inc.**<br>**Todd King, personally**<br>**4583-A Capital Circle NW**<br>**Tallahassee, FL 32303** | | **Sale of three desks, telephone number, customer list etc. for $12,000** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wakulla Bank** | **Corporate checking** | **Deposited into corporate account at ProBank** |
| **Premier Bank**<br>**3110 Capital Circle NE**<br>**Tallahassee, FL 32308** | **Checking** | **-0- November 2008** |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Todd King's Cooling & Heating, Inc.** | **59-3264688** | **4583-A Capital Circle NW Tallahassee, FL 32303** | **Mechanical contractor** | **1999 to 2009** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Angelyn Bagwell CPA** | **September 2008 to September 2009** |
| **Matt Groome CPA** | **September 2007 to September 2008** |
| **Shawn Osborne** | **May 2008 to February 7, 2009 - employee of corporation** |
| **Elise Elliott**<br>**(Bookkeeper with Angelyn Bagwell)** | **September 2008 to September 2009** |
| **Diane McGuffey** | **January 2009 to September 2009** |
| **Joyce Warner (Bookkeeper)** | **9/15/07 to 11/14/07** |
| **Brooke Wiggins (Bookkeeper)** | **4/16/08 to 6/4/08** |
| **Ann Brock (Bookkeeper)** | **11/2007 to January 23, 2008** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Todd King** | **President** | **49% of stock** |
| **Eleni King** | **Vice President** | **51% of Stock** |
| **John Vlandis** | **Treasurer** | **No ownership interest** |

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Todd or Eleni King**<br><br>**Shareholders** | **from December 1, 2008 through March 27, 2009** | **Repayment of loans $35,175.00 in lieu of wages. During this same period, Debtor loaned the corporation another $20,800.00.** |

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **May 29, 2009**                              Signature    **/s/ Todd King**
                                                                    **Todd King**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Florida

In re    **Todd King's Cooling & Heating, Inc.**              Case No.

                                        Debtor(s)             Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **4,500.00** |
| Prior to the filing of this statement I have received | $ | **4,500.00** |
| Balance Due | $ | **0.00** |

2.   $   **0.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods and up to 2 stay relief actions resolved at preliminary hearing.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, 707(b) defenses, Motions to Redeem, Petitions to Cancel Judgments, or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 29, 2009**                         **/s/ Kathryn A. Hathaway**
                                                   **Kathryn A. Hathaway**
                                                   **Hathaway Law Firm, P.A.**
                                                   **P.O. Box 3005**
                                                   **Tallahassee, FL 32315**
                                                   **850-425-4700  Fax: 850-425-4704**
                                                   **Information@HathawayLaw.Net**

# United States Bankruptcy Court
## Northern District of Florida

In re    **Todd King's Cooling & Heating, Inc.**                Case No. _____

                                Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 29, 2009** _____        **/s/ Todd King** _____

                                                  **Todd King**/
                                                  Signer/Title

Todd King's Cooling & Heating, Inc.
4583-A Capital Circle NW
Tallahassee, FL 32303

Business First
P.O. Box 988
Lakeland, FL 33802

Dex Embarq YP
8400 Innovation Way
Chicago, IL 60682

Kathryn A. Hathaway
Hathaway Law Firm, P.A.
P.O. Box 3005
Tallahassee, FL 32315

Caine & Weiner
1599 East Woodfield Rd., Suite 360
Schaumburg, IL 60173

Elan
PO Box 108
Saint Louis, MO 63166-9801

Internal Revenue Service
PO Box 47-421
Atlanta, GA 30362

Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202

Advance Discount Auto Parts
c/o TRS Recovery Svcs Inc.
PO Box 60022
City Of Industry, CA 91716-0022

CBCS
for AT&T Advertising Solutions
P.O. Box 69
Columbus, OH 43216

Elan Financial Services
PO Box 108
Saint Louis, MO 63166-9801

AFLAC
1931 Wynton Road
Columbus, GA 31999

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Embarq
c/o Receivables Performance MgmtLL
20816  44th Ave W.
Lynnwood, WA 98036

Air-Tech, Inc.
P.O. Box 18180
Pensacola, FL 32523

Climatic Comfort
P.O. Box 934233
Atlanta, GA

Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

AT&T
P.O. Box 78522
Phoenix, AZ 85062

Commercial Recovery Group, Inc.
1012 State College Road, Suite 203
Dover, DE 19904

Embarq Yellow Pages
c/o McCarthy Burgess & Wolfe
26000 Cannon Road
Bedford, OH 44146

AT&T Advertising
P.O. Box 105024
Atlanta, GA 30384

Communications Inc.
3225 Hartsfield Road
Tallahassee, FL 32303

Engineering & Equipment Compan
c/o Thompson, Crawford & Smiley
PO Box 15158
Tallahassee, FL 32303

Business First
P.O. Box 32034
Lakeland, FL 33802

CW-WTLF
P.O. Box 6490102
Baltimore, MD 21264

Florida Cooling
19353 US 19 North
Clearwater, FL 33765

Florida Cooling Supply
PO Box 409635
Atlanta, GA 30384-9635

John Vlandis
6100 Borderline Drive
Tallahassee, FL 32312

Tallahassee Chamber of Commerc
P.O. Box 17344
Covington, KY 41017

Florida Dept of Revenue
2410 Allen Road
Tallahassee, FL 32312-2603

Kelly Services, Inc.
P.O. Box 530437
Atlanta, GA 30353

Tallahassee Winair Comp.
870-5 Blountstown Hwy
Tallahassee, FL 32304

Ford Motor Credit
P.O. Box 790072
Saint Louis, MO 63179

Map Project
PO Box 874
Newport, KY 41072-0874

Talquin Electric Co-op
P.O. Box 1679
Quincy, FL 32353

Ford Motor Credit
P.O. Box 6508
Mesa, AZ 85216-6508

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

The Ware Group d/b/a Johnstone S
566 Appleyard Drive
Tallahassee, FL 32304

GMAC
Bankruptcy
P.O. Box 2175
Jacksonville, FL 32203

Marpan Supply
P.O. Box 2068
Tallahassee, FL 32316

Todd King
4583-A Capital Circle NW
Tallahassee, FL 32303

GMAC
P.O. Box 380902
Bloomington, MN 55438

Michael A. Kolcun, Esq.
6960 Bonneval Road Suite 202
Jacksonville, FL 32216

Todd King

Goodman Distribution
5151 San Felipe Suite 500
Houston, TX 77056

Nebs Inc.
500 Main Street
Groton, MA 01471

U.S. Bank, N.A.
c/o Hodges, Avrutis & Foeller, P.A.
889 North Washington Blvd.
Sarasota, FL 34236

Home Depot
P.O. Box 9055
Des Moines, IA 50368

Smith, Thompson,
Shaw & Manausa, P.A.
Attorneys at Law
3520 Thomasville Road, 4th Floor
Tallahassee, FL 32308

UniFirst Corp.
1811 Oakridge Drive
Albany, GA 31707

Hutchinson, Warren & Associates
39393 Van Dyke, Suite 103
P.O. Box 8018
Sterling Heights, MI 48311-8018

State of Florida
Dept of Revenue
5050 Tennessee Street, Suite K
Tallahassee, FL 32399

Volvo Car Finance
P.O. Box 55000
Detroit, MI 48255

Voyager Map Enterprise
P.O. Box 291283
Port Orange, FL

William Crawford, Esq.
Thompson Crawford & Smiley
P.O. Box 15158
Tallahassee, FL 32303

W. Test & Balance
1215 Lee Ave., Suite A
Tallahassee, FL 32303

Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197

Wakulla Bank
c/o Proctor & Long Property Management
825 Thomasville Road
Tallahassee, FL 32303

WTFL
P.O. Box 6490102
Baltimore, MD 21264

Wakulla Cty State Bank
Po Box 610
Crawfordville, FL 32326

WTLH TV Fox 49
950 Commerce Blvd.
Midway, FL 32343

Water Furnace Intl
4387 Solutions Center
Chicago, IL 60677-4003

WW Grainger, Inc.
c/o Wholesale Collectors Assoc
PO Box 48146
Niles, IL 60714

West Asset Management
7171 Mercy Rd
Omaha, NE 68106

Wex Fleet Fueling
c/o Receivable Mgmt Corp
PO Box 2471
Woburn, MA 01888

William A. Ingraham, Jr. & Assoc. P.A.
P.O. Box 370098
Miami, FL 33137-0098

William A. Ingraham, Jr. & Assoc. PA
P.O. Box 370098
Miami, FL 33137-0098

# United States Bankruptcy Court
### Northern District of Florida

In re    **Todd King's Cooling & Heating, Inc.**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Todd King's Cooling & Heating, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eleni King
45 Walker Creek Road
Crawfordville, FL 32327**

**Todd R. King
4583-A Capital Circle NW
Tallahassee, FL 32303**

☐ None [*Check if applicable*]

**May 29, 2009**

Date

**/s/ Kathryn A. Hathaway**

**Kathryn A. Hathaway**

Signature of Attorney or Litigant

Counsel for    **Todd King's Cooling & Heating, Inc.**

**Hathaway Law Firm, P.A.**

**P.O. Box 3005
Tallahassee, FL 32315
850-425-4700 Fax:850-425-4704
Information@HathawayLaw.Net**